### 13182.    JACKSON *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED FEBRUARY 14, 1922.

Indictment for possessing liquor; from Cobb superior court — Judge Blair. December 19, 1921.

*Mozley & Gann,* for plaintiff in error.

*John S. Wood, solicitor-general, Lindley W. Camp,* contra.